IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TAM N. NGUYEN,<br><br>               Defendant. | **8:20CB3**<br><br>**ORDER** |

      This matter is before the court on the Government's Motion to Dismiss (Filing No. 22). Government's Motion to Dismiss [22] is granted. This case which involves, Violation Notice W0801597 NE22, is dismissed.

      Dated this 6th day of November, 2020.

                                                              BY THE COURT:

                                                               s/ Susan M. Bazis
                                                               United States Magistrate Judge